IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cleveland Jr., Ralph T | Case Number: 05 B 20847 |
| | Judge: Hollis, Pamela S |
| Printed: 10/22/08 | Filed: 5/24/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 2, 2008
Confirmed: September 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,274.27 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,354.84 |
| Priority: | | 2,493.25 |
| Administrative: | | 2,708.20 |
| Trustee Fee: | | 435.71 |
| Other Funds: | | 282.27 |
| Totals: | 8,274.27 | 8,274.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,708.20 | 2,708.20 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 2,493.25 | 2,493.25 |
| 3. | Educational Credit Management Corp | Unsecured | 853.64 | 2,060.18 |
| 4. | ECast Settlement Corp | Unsecured | 79.06 | 190.83 |
| 5. | Illinois Dept Of Healthcare And Family | Unsecured | 43.02 | 103.83 |
| 6. | Comm Lease Inc | Unsecured | | No Claim Filed |
| 7. | Department of Veteran Affairs | Unsecured | | No Claim Filed |
| 8. | First USA | Unsecured | | No Claim Filed |
| 9. | I C Systems Inc | Unsecured | | No Claim Filed |
| 10. | Bankfirst | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Mitchell Kay | Unsecured | | No Claim Filed |
| 13. | ICS | Unsecured | | No Claim Filed |
| 14. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| | | | $ 6,177.17 | $ 7,556.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 126.11 |
| 5% | 39.87 |
| 4.8% | 57.41 |
| 5.4% | 139.96 |
| 6.5% | 72.36 |
| | $ 435.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Cleveland Jr., Ralph T | Case Number:  05 B 20847 |
| | Judge:  Hollis, Pamela S |
| Printed: 10/22/08 | Filed:  5/24/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

